UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANICE MOTLEY, as Legal Guardian ) | |
| for Frank Harris, Jr., ) | |
| ) | Civil Action No: 07-1669 (RJL) |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT DISTRICT OF COLUMBIA'S CONSENT MOTION TO ENLARGE TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b)(1), the District of Columbia (the "District"), hereby moves to enlarge the time for filing its response to plaintiff's amended complaint by thirty (30) days, or until November 10, 2007. As grounds therefore, the parties have reached a settlement in the companion case filed in the Superior Court of the District of Columbia, and the District expects that this case will be dismissed. More detailed grounds for the requested relief is set forth in the attached memorandum of points and authorities in support thereto.

    Respectfully submitted,

    LINDA SINGER
    Attorney General for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General, Civil Litigation Division

    _/s/ Patricia A. Jones_____
    PATRICIA A. JONES [428132]
    Chief, General Litigation Sec. IV

/s/ Michael P. Bruckheim
MICHAEL P. BRUCKHEIM [455192]
Assistants Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6649; (202) 727-6295
michael.bruckheim@dc.gov

## LCvr 7(m) **CERTIFICATION**

I hereby certify that on October 9, 2007, the undersigned contacted plaintiff's counsel by telephone regarding the relief herein sought, and consent was granted.

/s/ Patricia A. Jones
Patricia A. Jones
Chief, General Litigation Sec. IV

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANICE MOTLEY, as Legal Guardian ) <br> for Frank Harris, Jr., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DISTRICT OF COLUMBIA, ) <br> ) <br> Defendant. ) | Civil Action No: 07-1669 (RJL) |

**DEFENDANT DISTRICT OF COLUMBIA'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS CONSENT MOTION TO ENLARGE TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**

In support of its Motion to Enlarge Time to Respond to Plaintiff's Amended Complaint, the District states as follows:

1. In July 1978, the Court found Frank Harris not guilty of burglary and grand larceny solely by reason of insanity and committed him to St. Elizabeths Hospital. On March 19, 2003, Mr. Harris self-enucleated both eyes when he was released from restraints to use the bathroom.

2. Plaintiff filed suit against the District of Columbia in the Superior Court for the District of Columbia, C.A. No. 2004 CA 007620 B, and asserted claims of negligence, assault and battery, and a violation of Mr. Harris' constitutional rights. In its answer to the Complaint, the District asserted its setoff pursuant to D.C. Official Code § 24-501(f).

3. On September 5, 2007, plaintiff filed a separate case in the Superior Court for the District of Columbia and claimed that the District's setoff was contrary to law, and its enforcement was discriminatory.

4.     On September 20, 2007, the District removed this case to this Court. Plaintiff amended her Complaint on September 21, 2007.

5.     Pursuant to Fed. R. Civ. P. 81(c), the District's response to plaintiff's amended complaint is due on or before October 10, 2007.

6.     On October 9, 2007, the parties settled the underlying case that forms the basis of this litigation, i.e. *Janice Motley, on behalf of Frank Harris v. D.C.,* C.A. No. 2004 CA 007620 B.  The parties must now agree on the language of the settlement agreement, and plaintiff will seek court approval of the settlement consistent with state law.

7.     The District expects that this case will be dismissed with prejudice, and needs additional time to either file its response to the Amended Complaint, and/or have plaintiff effect the dismissal of this case.

8.     According to Fed. R. Civ. P. 6(b), ". . . the Court for cause shown may at any time in its discretion (1) with or without motion or notice order the period enlarged if request therefore is made before the expiration of the period originally prescribed or as extended by a previous order . . .."  This motion is being filed prior to the expiration of the prescribed period, and is for cause shown.

WHEREFORE, the District of Columbia asks this Court to grant its motion.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

 /s/ Patricia A. Jones_____
PATRICIA A. JONES [428132]

Chief, General Litigation Sec. IV

  /s/ Michael P. Bruckheim_____
MICHAEL P. BRUCKHEIM [455192]
Assistants Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6649; (202) 727-6295
michael.bruckheim@dc.gov

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANICE MOTLEY, as Legal Guardian for Frank Harris, Jr., | ) ) ) |
| Plaintiff, | ) Civil Action No: 07-1669 (RJL) ) ) |
| v. | ) ) |
| DISTRICT OF COLUMBIA, | ) ) |
| Defendant. | ) |

## **ORDER**

This matter, having come before the Court on Defendant District of Columbia's Consent Motion to Enlarge Time to Respond to Plaintiff's Amended Complaint, its supporting Memorandum of Points and Authorities, and the entire record herein, it is, this ____ day _____, 2007,

ORDERED, that the said motion be, and hereby is, GRANTED, and that the District's deadline for responding to plaintiff's amended complaint is hereby extended to November 10, 2007.

So ORDERED this _____ day of _____, 2007.

_____
The Honorable Richard J. Leon
United States District Court
for the District of Columbia