UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JANICE MOTLEY**, as Legal Guardian for **FRANK HARRIS, JR.** | : <br> : <br> : |
| Plaintiff, | : <br> : |
| v. | : Civil Action No.: 1:07-cv-01669 <br> : |
| **DISTRICT OF COLUMBIA** | : <br> : |
| Defendant. | : |

## STIPULATION OF DISMISSAL

The parties hereby dismiss as settled the above-captioned case with prejudice.

Respectfully submitted,

**CHAIKIN, SHERMAN, CAMMARATA & SIEGEL, P.C.**

/s/ Joseph Cammarata_____
Joseph Cammarata  #389254
1232 17th Street, N.W.
Washington, D.C. 20036
(202) 659-8600 ofc
(202) 659-8680 fax
joe@dc-law.net
*Counsel for Plaintiff*


**LINDA SINGER**
Attorney General for the
  District of Columbia

**GEORGE C. VALENTINE**
Deputy Attorney General, Civil
  Litigation Division

/s/   Patricia A. Jones_____
Patricia A. Jones   #428132
Chief, General Litigation Sec. IV

>/s/ Michael P. Bruckheim\_\_\_\_
> Michael P. Bruckheim  #455192
> SALLY SWANN
> VALYNCIA SIMMONS #974115
> Assistant Attorney General/
> Special Assistant Attorney General
> 441 4th Street, N.W.
> 6th Floor – South
> Washington, D.C. 20001
> (202) 724-6649 ofc
> (202) 727-3625 fax
> Michael.bruckheim@dc.gov
> *Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Stipulation of Dismissal was served via e-file with CaseFileExpress, this 24th day of October, 2007, to:

Michael P. Bruckheim, Esquire
Assistant Attorney General
441 4th Street, N.W
6th Floor – South
Washington, D.C.  20001
*Attorney for Defendant*

>/s/ Joseph Cammarata_____
> Joseph Cammarata

2